**FILED**

JAN 10 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:24-cr-00016
Judge Steven C. Seeger
Magistrate Judge Young B. Kim
CAT. 3/RANDOM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jan 10, 2024

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RODMAN ZUNIGA | Case No:<br><br>Violations: Title 18, United States Code, Sections 922(a)(1)(A), and 922(g)(1)<br><br>**UNDER SEAL** |

### COUNT ONE

The SPECIAL OCTOBER 2022 GRAND JURY charges:

Beginning no later than January 1, 2023, and continuing until on or about November 12, 2023, in Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RODMAN ZUNIGA,

defendant herein, not being a licensed dealer within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT TWO

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about January 5, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

RODMAN ZUNIGA,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Ruger LC0 9mm semi-automatic pistol, bearing serial number 325-41032, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY